


**The Commonwealth of Massachusetts**
**Executive Office of Public Safety and Security**
**Department of Correction**
**Office of Investigative Services**
**50 Maple Street, Suite 3**
**Milford, Massachusetts 01757**
Tel: (508)422-3363
Fax: (508) 422-3387
www.mass.gov/doc

**Deval L. Patrick**
Governor

**Timothy P. Murray**
Lieutenant Governor

**Mary Elizabeth Heffernan**
Secretary

**Luis S. Spencer**
Acting Commissioner

**Veronica M. Madden**
Deputy Commissioner

**Paul L. DiPaolo**
Acting Deputy Commissioner

*Paul F. Oxford*
*Chief*

February 7, 2011

TO:   Jwainus Perry, W83163

FR:   Paul F. Oxford, Chief, Office of Investigative Services

**RE:   Membership in a Security Threat Group (Academy Homes)**

In a memorandum dated November 12, 2008 you were notified that you had been identified as a member of a security threat group and that you had five days from receipt of notification to contact the inner perimeter security team to request a meeting with the Chief of Investigative Services to dispute this identification. Since you did not request a meeting, this is to advise you that your identification as a member of a Security Threat Group has been validated.