# Around the Block

**Massachusetts Department of Correction Newsletter**

May 2011
Volume 7, Issue 3

## In This Issue

**1**
- Division Feature
  Office of Administrative Resolution
- Supporting Our Troops

**2**
- Mentor/Protégé Program
- Supt. Ryan gets Patriot Award
- DOC Green Initiatives

**3**
- Reentry/Discharge of BSH Patients
- Did You Know?
- Computers for Schools Donation

**4**
- Job Shadow Program
- Staff Wellness
- Promotions & Retirements

**Director of Outreach & Engagement**
Christopher Fallon

**Director of Public Affairs**
Diane Wiffin

**Editor**
Jaileen A. Hopkins

**Design**
Cara Savelli

Newsletter printed by
Massachusetts
Correctional Industries



Robert Dunn assembling care packages of DOC donated goods to send oversees to the military.

## The Office of Administrative Resolution
By Kristie Ladouceur, Director of Administrative Resolution

The Office of Administrative Resolution (OAR) was established in April 2004 as a result of the Governor's Commission on Corrections Reform. The purpose of OAR is to ensure oversight and analysis of inmate complaints and to identify and address systemic, policy and organization issues. It is the mission of OAR to provide inmates and concerned citizens access to responsive systems that encourage respectful communication, facilitate resolution of legitimate issues, and contribute to the improvement of agency operations. The Office of Administrative Resolution is made up of the Communication Unit and the Inmate Grievance Unit which report to the Director of Administrative Resolution.



Office of Administrative Resolution Team: (Left to right) Ana Rosas, Administrative Assistant; Colleen Rosales, Communication Manager; Kathleen Fitzgibbons, Correspondence Coordinator and Kristie Ladouceur, Director of Administrative Resolution.

The Grievance Unit is responsible for the implementation and oversight of the formal grievance process at the departmental level in accordance with 103 CMR 491, Inmate Grievances and the Informal Complaint Resolution Process. Through staff training, daily oversight of Institution Grievance Coordinators and regular accountability checks and audits, the office ensures inmate grievances are processed, investigated and responded to in an objective and impartial manner and in compliance with policy. Trend analysis of complaints is conducted to improve departmental policy and institutional operations and procedures. The office also ensures that allegations of misconduct are appropriately identified, referred and reviewed by appropriate staff for potential investigation.

The Communication Unit is responsible for the departmental implementation and oversight of the inmate correspondence processes, as well as correspondence from inmate families, attorneys, and concerned citizens. Through daily oversight of communications and institution responses, the unit ensures inmate complaints are processed in compliance with department policies. Information is gathered in relation to the correspondence received. Analysis of the correspondence ultimately contributes to the agency's ability to improve operations and procedures throughout the agency.

The Office of Administrative Resolution strives to provide effective systems that contribute to performance measures for the agency and the overall mission of the Department as well as play an essential role in the formulation and evaluation of agency policy. The indicated processes also play a critical role in maintaining a safe climate within our institutions for both inmates and staff. Inmates who view our systems as credible and fair are more likely to utilize available mechanisms rather than acting out violently or otherwise inappropriately, which in turn improves security. Intelligence information gleaned from the data can preempt potential threats and disturbances. Centralized oversight and use of technology can reduce duplication of effort, improve efficiency, and streamline processes thus, resulting in better use of staff resources.

The contributions of OAR and by staff in the field are not always obvious. However, internal conflict resolution is an important element of reducing costly litigation and taxpayer burden, which benefits the public at large. The processes under the Office of Administrative Resolution model appropriate conflict resolution techniques, which contribute to public safety as inmates in our care are afforded an opportunity to responsibly resolve disputes, and learn to accept necessary rules as an important component of law abiding behavior. Responsiveness to external parties who have concerns or questions about the inmates in our custody is essential to public safety and public service.

It is with our mission in mind that our experienced and dedicated staff serve the agency in a unique way, understanding that a culture of "winning at all costs" above problem resolution does not contribute to our agency mission, vision or core values. We also recognize that the Office of Administrative Resolution is not alone in its endeavors and acknowledge the hard work of all staff in the field who speak to inmates and address their concerns informally on a daily basis. Ongoing communication with inmates is essential to help break down cultural barriers and create an environment that supports our overall mission.

The Office of Administrative Resolution will continue to evolve and is working hard to develop new and technological ways to improve efficiency in the areas of communication and trend analysis within the Department of Correction. We are always available to discuss specific concerns with staff and we welcome suggestions and ideas.

## Supporting Our Troops
By Sgt. Diane LeBlanc

Military Peer Support Program (MPSP) volunteers were looking for a way that Department of Correction employees could give back to those that are currently deployed and thank them for their sacrifices. The idea was to send each deployed service member in Afghanistan, Iraq and Kuwait a care package.

In January 2011, a Support Our Troops campaign was implemented. The campaign's goal is to collect items from all facilities so care packages can be assembled and sent overseas to our staff members who are deployed. A designated drop off box is located at each facility marked "Military Peer Support Program," for all staff to access for the monthly collections. We will also do pick-ups, if necessary. Our goal is to collect three different items every month from the "Support Our Troops" list. A new list is posted bi-monthly on the intranet page and at each facility. The MPSP volunteers will start distributing packages in May 2011 and these packages will include such items as magazines, deodorant, wipes, drinks, non-perishable foods, etc.

The collection items from the "Support Our Troops" list for May are: pens, paper, envelopes, canned nuts and Tums. For the month of June we will be looking for puzzle books such as crossword, Sudoku and Wordfind; Pepto Bismol and trail mix. Deployed military personnel are always in need of basic necessities which we collect at anytime. Additional information can be found on the Intranet under the Military Peer Support Program page.

The Military Peer Support Program Committee thanks you for your support. If you know of someone who is deployed and would like to make sure that they receive a package or you are interested in learning more about our efforts, please contact Robert Dunn at 508-279-6425.

2

### DOC Employee Mentor-Protégé Program
By Monsi Quinones



This year the Mentor-Protégé Program for all employees was launched. The mission is to provide a mechanism to support, train, and counsel employees to succeed in the DOC through the development of positive relationships.

Members of the Commissioner's Diversity Advisory Council were discussing the needs of entry level employees and how to assist them to reach higher levels and promotional opportunities in the department. Those discussions led to this initiative. This mentor program is designed to provide participants opportunities for a transformational experience and help them visualize professional achievements and accomplishments.

A total of 15 females and 19 males are signed up. So far, there are 17 Protégé and Mentor pair matches working towards developing professional and career goals. In preparation for these roles a program orientation is required of all participants.

The first quarterly "Meet & Greet" session was held and 25 Mentors and Protégés attended. These gatherings create a mentoring community and are an opportunity to find out what is or is not working. Here are some thoughts shared by two program participants who attended the activity.

*"The DOC has given me many opportunities and it's great to be able to give something back at this stage in my career."* Lois Russo, Deputy Superintendent of Operations, Northeastern Correctional Center

*"I really enjoy the Mentor/Protégée program. Being a protégée will help me develop into a well rounded employee."* Kenneth Lizotte, CPO C, Bay State Correctional Center

Enrollment is open and on-going. It is our goal to grow this program so that more employees will be interested in this great opportunity for support and career development.

Our motto is *Give a little time…Get a lot in return.*



### Superintendent Ryan receives the Patriot's Award

Richard Bedell of the Massachusetts Committee for Employer Support of the Guard and Reserve presented South Middlesex Correctional Center Superintendent Kelly Ryan with the Patriot's Award for her support of DOC staff in the Reserves or National Guard who have been serving in the military.

# DOC Green Initiatives

### Wind Turbines
By Andrew Bakinowski

Site work related to the construction of the wind turbines began at the North Central Correctional Institution in September 2010. The work included construction of an access road, staging areas for the equipment, crane pads and installation of underground conduit. In October 2010, the first sections of the two turbines arrived on site. Sections of the towers, the rotor hub and nacelle (where the generator is generated) came by truck from Oregon through Canada and down through New York and Vermont.

In total 14 trucks delivered the towers, turbine blades and nacelle. During the months of November and December the foundation were drilled and other wiring infrastructure work was completed.

Even with the heavy snow this winter, the turbines were erected in February 2011.

The two turbines, manufactured by VESTAS, stand more than 400 feet tall. They have a combined generating capacity of over 3 megaWatts. The annual production will be able to completely power the entire NCCI facility. The excess power generated will be credited to the Shirley Complex.



Crane installing the wind turbine at NCCI Gardner.

### Photovoltaic Installations in the DOC
By Andrew Bakinowski

In July 2010, the DOC began Phase II of photovoltaic (PV) installations throughout the department. Five PV systems were installed at Bay State Correctional Center, MCI Shirley, Northeastern Correctional Center, the Industries Building at Cedar Junction and the Norfolk Waste Water Treatment Plant.

The second phase consisted of five systems totaling 623 kiloWatts of generating capacity. With the completion of the second phase of PV, the department now has over 1 megaWatt of generating capacity. Four of the systems installed in Phase II are automatic tracking systems that follow the sun. While significantly more complex than the previously installed stationary or manual adjusting systems, the annual outputs is expected to be 25% more utilizing the tracking system.

As of March 2011, four of the five systems constructed in Phase II are generating power. Once all the systems are up and running the estimated annual savings for all 10 active systems are estimated at nearly $250,000 per year. The amount of power expected to be produced is the equivalent of providing electricity for over 150 homes for a year.





Solar panels located in Norfolk at Bay State Correctional Center.




## Reentry Preparation and Discharge Procedure for DOC Inmates Who Are Also BSH Patients
By Martin Wood, Director of Classification and Programs

A phrase often heard at Bridgewater State Hospital (BSH) is "the continuity of care." It means that whatever care and treatment are provided to a patient, BSH ensures it continues once they go elsewhere, without interruption. BSH provides the next caregiver with the information they have garnered; both what proved successful and what did not. When it is time to release a patient from a DOC sentence, the reentry plan requires a few more steps to ensure adherence to this requirement.

BSH patients may, at the conclusion of their state sentence, have a petition filed for their re-commitment (civilly) under M.G.L. Chapter 123, section 8. In court it must be proven that this individual is mentally ill and that their discharge would create a likelihood of serious harm. This is sufficient for a commitment to a Department of Mental Health (DMH) facility. If it is also proven that this person is not appropriate for commitment to any DMH facility then the commitment is to "the strict security" of BSH. It is important to consider this standard of proof when the reentry process begins. If these elements cannot be proven in court, the patient will be ordered released from BSH and DOC custody, creating a definite interruption to their care and treatment.

By the time the patient/inmate is six months from their release date, the BSH Case Administrator will have scheduled a Clinical Review and determined the potential release option. If it is determined that the individual does not meet the requirements of section 8, then they will be transitioned back to their assigned DOC facility for reentry planning and discharge. If it is the consensus that the patient/inmate meets the requirements for the strict security of BSH, they will be monitored for changes that might alter this outcome. If commitment to a DMH facility is the recommendation, then DMH will be notified. DMH personnel will review and evaluate the individual's case and a DMH liaison will interview the patient/inmate. This may lead to a request for another case conference with the BSH Treatment Team. Prior to the end of the sentence BSH and DMH staff will develop a transfer plan, identifying which DMH facility will be admitting this individual, treatment plan, building/grounds restrictions, etc. If the transfer plan cannot be agreed upon, a case conference is held in which the Superintendent, the Medical Director and the DMH Area Medical Director are in attendance.

Currently under consideration is a proposal that would allow the patient/inmate to visit/tour the designated DMH facility prior to release. The goal of this proposal is to decrease the patient's anxiety and increase the likelihood for a successful transfer.

At least one full week before the expiration of the sentence, the BSH Case Administrator will deliver the Recommitment Note to the Records Department for same-day distribution to the DOC legal department, patient's attorney and the Brockton District Court. Once the petition for civil commitment is filed, a hearing must be held within 14 days. The individual can be held pending the outcome of this hearing (so they will remain at BSH even though their sentence has expired). On the date of discharge from his DOC sentence the patient/inmate will be "released" under his current identification number (i.e., W#) and "admitted" under a new identification number. All necessary release checks will be completed and all necessary release notifications will have been made. All release screens in IMS will be completed. In addition, all admission information and IMS screens will need to be completed under the new number.

Once the court has civilly committed the patient (no longer an inmate) to a DMH facility, he must be transported to the designated DMH facility the next business day. At the hearing, the DOC attorney will acquire a court order allowing for the release of a complete copy of the patient's BSH medical and psychiatric record. These records will accompany him to DMH to further insure "the continuity of care."



### Did You Know?

Did you know that Peter Heffernan, Deputy Director of Health Services, was recently named to the Jordan Hospital Health Foundation Board of Trustees?

His photo and short bio appear on page six of Jordan Hospital's Winter 2011 newsletter (see left).

Great Job Peter!

## Computers for Schools
By Mitchell Jordan

I would like to take this opportunity to share a little information about myself. My name is Mitchell Jordan and I have worked as a Correctional Officer at MCI Shirley Medium Facility since July 11, 1992. I have three wonderful children who attend the Leominster public school system in my home town. I have been very fortunate with the education my children have received thus far in their academic lives. My oldest son was born with some congenital birth defects that have impacted his ability to learn in a typical manner. Reading and writing are difficult for him, but he takes on these tasks with 100% effort and a smile on his face. He has greatly benefited from the use of a laptop computer to support his reading and writing. The public school system has a limited number of older working laptops available that are not capable of running the programs that would benefit him.

I spoke with Brian Flynn who runs the Computers for Schools program based at Shirley's Minimum facility which trains inmates to refurbish donated computers from businesses and corporations. I wanted to know what it takes for a school to get refurbished computers donated. Brian took the time to explain to me what would be involved to get this ball rolling.

We first discovered that Leominster was eligible for the program. So I spoke with school principal Dr. Meg O'Hearn-Curran to see if the school would be interested in receiving a donation of laptops from the DOC. She was unaware of the program and was excited to participate in it. She was ready to take on her part, which included obtaining school committee approval, filling out paper work and making phone calls. We were all excited when we were chosen as a recipient of the computers. It took a couple of months for enough computers to become available and for MCI Shirley Minimum inmates to refurbish them.

It was worth the wait. On January 26, 2011 the DOC presented 35 Pentium 4 laptops to the students and staff of Johnny Appleseed Elementary School. In attendance as guest speakers for the give away were: Undersecretary of Criminal Justice from the Executive Office of Public Safety and Security Sandra McCroom; Acting Commissioner Luis S. Spencer; Deputy Commissioner of Classification, Programs and Reentry Veronica M. Madden; Principal Dr. Meg O'Hearn-Curran and Superintendent of the Leominster School District Dr. Anthony Bent.

I am not sure who was more excited- the kids, the school staff or myself. In my 18 years in the department, this was the most memorable day for me. It was wonderful to initiate the process of the donation of laptops and to help benefit the students, staff, and my own children.

I would like to give special thanks to Greg McCann, Deputy Superintendent at MCI Shirley, for making it possible for me to attend the event; Brian Flynn from the Computers for Schools program, and Dr. Meg O'Hearn-Curran, for her dedication in helping to make technology a part of everyday education for the young students at Johnny Appleseed.



An inmate working on refurbishing a computer for the Computers for Schools Program

Children thank the DOC at the Computers for Schools event at Johnny Appleseed Elementary. (Rear left to right) Acting Commissioner Luis Spencer, Undersecretary of Criminal Justice Sandra McCroom, Deputy Commissioner Veronica Madden, Brian Flynn of Computers for Schools and CO Mitchell Jordan.



# 4

## Job Shadow Program
By James Callahan



MCI Norfolk: L-R-Front row: Deputy Supt. Class. & Treat. Cynthia Sumner, Recruitment Specialist James Callahan, Students Emily Matthews, Taia Thompson, Jahnelle Bray, and Cheyenne Clark, Superintendent Gary Roden, and Student Luan Oliveira. L-R- Back row: Students Nicholas Grace and Andy Montan

The Massachusetts Department of Correction is in its second year of hosting students from various schools and major studies in the Job Shadow Program. Our objective is to give students the opportunity to visit our Institutions/Divisions and work along side our staff to see what employment in the DOC entails. The Department has developed strong relationships with administrators from schools such as Suffolk University, Bridgewater State University, Rhode Island College and many more.

In the last few months, the program has hosted 22 students from 10 different colleges and universities. Staff at MCI Framingham, Bridgewater State Hospital, Pondville Correctional Center, MCI Norfolk, MCI Concord, Souza Baranowski Correctional Center and MCI Shirley have provided valuable insight and information to the students. Their feedback is warmly expressed below:

"I was impressed by the facility and the staff's knowledge of the area and appreciated receiving a tour of the vicinity. This experience has taught me so much when it comes to the possibilities I have within my major and future career choice. This job shadow has also solidified my decision to take on a minor in criminal justice as well as my current major..." **Kenia Rivera- Bridgewater State University**

"Thanks to the job shadowing I learned that working in a correction facility is what I want to do. This experience is one of the best ones of my whole life and I'll remember it forever. I loved the jobs that the Correction Program Officers and IPS Unit did there and I felt so honored to learn how the whole facility is run and how everybody has to work together." **Andy Montan- Rhode Island College**

"I'd like to thank the Massachusetts Department of Correction again for putting together the Job Shadow Day Program. I found it very helpful, especially since I will be graduating in June with a degree in Criminal Justice. It means a lot to me that the department took the time to help others with guidance for their futures. Everyone was very helpful in answering questions and giving us useful information." **Emily DeBarros- University of Massachusetts at Boston**

"The tour and individual sessions within the facility were very informative. I am interested in a career within the criminal justice field and this Job Shadow Program was very helpful." **Keri Cusson- Bridgewater State University**

"Thank you for allowing me to go to Bridgewater State Hospital for my job shadow. I very much enjoyed the experience I had there and would love to pursue a career in this field. My experience there was exciting, fun and very informative. I learned a lot about the daily tasks of the IPS unit that is within the hospital. I feel now, after having this experience, that I would be an asset to the Department of Correction. The people I met there gave me the confidence and believed that I could have a successful career within the DOC." **Michelle Spinney- Bridgewater State University**

We hope to continue our efforts to reach out to students and share with them all the opportunities the Massachusetts Department of Correction has to offer.



Pondville CC: L-R: Deputy Supt. Lisa Jackson, Dir. of Security Thomas Maguire, Students Henisha Patel and Endry Marte-Santana, and Superintendent Michael Thompson



Bridgewater State Hosp.: L-R-Back row: Recruitment Specialist James Callahan, CPO Joy Gallant, CPO Mark Souza, CPO John Agoglia, CPO Linda Perry, Superintendent Robert Murphy, Director of Class. & Programs Martin Wood, L-R- Front row: Students Kenia Rivera, Michelle Spinney, Tara Frizzell, Keri Cusson and Kaitlyn Baptista. (Not pictured IPS Capt. Mark Reilly)

### Community Correspondents Network

Nelson Alves
Patricia Capozzoli
Kathleen Doyle
Sherry Elliot
Christopher Fallon
Sharon Ficco
Joy Gallant
Bet Gentz
Paul Henderson
Jaileen Hopkins
Claire Kilawee-Corsini
Carol Lawton
Mary Lynch
Debra Moschos
Anne Manning
Gregory McCann
Brenda Melanson
John O'Malley
Chris Pearson
Michael Rodrigues
Cara Savelli
Christopher Shlimon
Kyra Silva
Gary Temple
Michael Thomas
Mari Lou Whalen
Diane Wiffin
Shawn Zoldak

We're on the Web
www.mass.gov/doc

Massachusetts Department of Correction
DOC Central Headquarters
50 Maple Street Suite 3
Milford, MA 01757

Acting Commissioner Luis S. Spencer

### Staff Wellness

#### Winning Attitudes

An article printed from Safety & Sanity section on corrections.com. Posted by ctudor on August 16, 2010 in the Smart Living section. (http://www.corrections.com/caterina_tudor)

Over the years I've noticed a number of traits and behaviors among correctional workers who manage to stay healthy and effective on and off the job.

Healthy staff:
- Live in line with positive spiritual values
- Have integrity and professional ethics
- Take responsibility for their actions
- Strive to make a positive difference at work even if in very small steps
- Aim to make the work experience easier on those around them by being helpful, caring, good listeners and mentors
- Are secure in who they are, even while they know that they are still a work in progress
- Do not enjoy tearing people down, but rather aim to build people up
- Notice and point out the good in others
- Avoid the trap of hating offenders, coworkers or "the system"
- Avoid taking the law into their own hands
- Avoid retaliating or taking revenge for actual or perceived offenses
- After addressing issues and processing through hurts, they let go of grudges and move on
- Are careful about what they allow into their mind-what they read, watch, do for entertainment, consider worth their time
- Are solution seekers
- Make sure they have a life outside of corrections, and work hard to protect it
- Seek effective help for themselves when they need it, and do not stop until they find it
- Are more givers than takers, having learned that "it is more blessed to give than to receive."

## Retirements January—March

| Name | Date | Name | Date | Name | Date | Name | Date | Name | Date |
|---|---|---|---|---|---|---|---|---|---|
| Bender, James R | 07/77 | Curry, Robert F | 06/88 | Latsha, David | 04/90 | Painter, | | Stanislaw, Andrea | 12/83 |
| Bennett Jr, Edwin R | 09/83 | Donnelly, Laurel L | 01/81 | Lugi, David F | 06/82 | | 12/75 | Stanislaw, Eric G | 07/90 |
| Benson, Paul L | 02/82 | Donovan, John K | 11/94 | Machado, Edith L | 06/88 | | 01/79 | Starkey, Thomas R | 09/82 |
| Blier, Leo R | 12/85 | Fedor, Scott L | 11/86 | McGaughran, Paul | 09/76 | | 01/79 | Stubbs, Kenneth R | 07/93 |
| Bowolick, Louis W | 01/83 | Ficco, Donald F | 10/83 | Milch, Joan L | 06/77 | | 03/79 | Sweeney, Mary Jo | 08/87 |
| Collins, Marsha A | 11/86 | Kenney, Susan | 06/92 | Miranda, Geraldine | 05/98 | | 08/86 | Watt, James M | 12/88 |
| Costello, Gloria A | 01/88 | Lapierre, Peter A | 01/91 | Montagnila, Mark A | 01/91 | | 04/84 | | |
| Cumberledge, Victor L | 01/84 | Lapointe, Richard A | 01/79 | Mosher, Paul V | 12/97 | | 08/82 | | |



## Promotions January—March

Anderson, Jeffrey R
Coache, Melissa D
Cooley, Earlene R
DePalo, Patrick T
Hobbs, Jessica M
Kenneally, David J
Lewis, Jamie M
Pfefferle, Rosemarie A
Pizzuto, Richard
Ramondetta,
Rogers, P
Zoltany, Michael C