<u>DECLARATION</u>

I, Nicholas V. Occhiuto, hereby declare:

1.   I've been housed at MCI-Cedar Junction for approximately one (1) month.

2.   In late september of 2012, I received **all** of my legal documents i.e.,
trial transcripts, photographic crime scene reaction video stills, etc. That
was in my property when I was transferred here from SBCC.

3.   None of my photographic legal material, which depict the exact images
that Deputy Thibault has deemed contraband, and ordered the property depart-
ment personale to confiscate from inmates upon their arrival here at the
facility, or any time thereafter.

I, Nicholas V. Occhiuto, declare under the pains and penalties of perjury that
the foregoing is true and correct. Executed at South Walpole, Massachusetts,
02071, on October 13th, 2012.


Nicholas V. Occhiuto W100565