## DECLARATION

I, Jason Watson, hereby declare:

1. I have been housed here at MCI-Cedar Junction, on the Upper Right Tier in Ten Block, since October 1, 2012.

2. Sometime later that night I received along with my "bed roll" all my legal documentation (i.e., trial transcripts, **photographic crime scene evidence, etc.**) That I arrived here with.

3. None of my Photographic legal discovery evidence, which depict the very images i.e., guns, drugs, victims, etc. That Deputy Thibault has deemed contraband, and ordered property staff to confiscate from inmates upon their arrival to the prison, or any time thereafter.

I declare under the penalties of perjury that the foregoing is true and correct. Executed at South Walpole, Massachusetts, 02071. On October 22, 2012.

_____
Jason Watson

Dated: 10-22-12