# SCHULMAN & ASSOCIATES

## INMATES' LEGAL ASSISTANCE PROGRAM

Senior Partner
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

Associate Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Charles R. Augur

May 18, 2012

Mr. Juwainus Perry
# 389373
MacDougall Correctional Institution
1153 East Street, South
Suffield, Connecticut 06080

Dear Mr. Perry:

    I am responding to your letter dated May 15, concerning a lawsuit in Massachusetts federal court. I am sorry to inform you that our office is only permitted to assist inmates in matters concerning conditions of their confinement in Connecticut. Based on your letter, your lawsuit does not appear to concern conditions of confinement in Connecticut. If this is correct, our office is not permitted to assist you with this case. In addition, each federal court has its own "local" rules and procedures, and our office is not knowledgeable about the rules and procedures in Massachusetts.

    As a courtesy to you, I am enclosing a list of organizations in Massachusetts which provide legal assistance to prison inmates. Although this list was published in 1995, one of the organizations on the list may be able to help you. I recommend that you read the description of services which each organization provides, to determine which may ones be appropriate for your case. Be sure to tell the organization, near the beginning of your letter, that your case is in federal court in Massachusetts and (if this is true) arises from events in Massachusetts, and that you are serving a Massachusetts sentence in Connecticut under the Interstate Custody Compact. In addition, you may be able to ask the federal court in Massachusetts to appoint an attorney to represent you.

    Best wishes to you. You may write to our office again if you need legal assistance concerning conditions of your confinement in Connecticut.

Sincerely,

Kenneth J. Speyer, Esq.,
Staff Attorney

Encl.